**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TUT G. KEUK,**

**Petitioner,**

**v.**

**CURTIS J. ALJETS,**
**INS-District Director Minnesota,**

**Respondent.**

**Civil No. 01-971 MJD/SRN**

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated June 5, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

The Clerk of Court is directed to transfer this case to the U.S. District Court for the Northern District of Texas.

DATED: Sept. 5, 2001.

Judge Michael J. Davis
United States District Court Judge

FILED SEP 0 6 2001
RICHAR... K
JUDGM...
DEPUTY